FILED: July 18, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-1656

(1:23-cv-01731-LMB-WEF)

_____

LAQUITA OLIVER, individually and on behalf of all others similarly situtated; MASHEEHA HOPPER; MARIE PEREDA; DENNIS WALKER; CARL CARR; CHRISTINA HILL; JOHN JACKSON; CHARLES GARDNER; BOB OTONDI; CONSTANTINA BATCHELOR

      Plaintiffs - Appellants

v.

NAVY FEDERAL CREDIT UNION

      Defendant - Appellee

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:23-cv-01731-LMB-WEF |
| Date notice of appeal filed in originating court: | 07/17/2024 |
| Appellants | Laquita Oliver, Masheeha Hopper, Marie Pereda, Dennis Walker, Carl Carr, Christina Hill, John Jackson, Charles Gardner, Bob Otondi, and Constantina Bachelor |
| Appellate Case Number | 24-1656 |
| Case Manager | Taylor Barton<br>804-916-2702 |