No. 24-1656

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

LAQUITA OLIVER, ET AL.,

*Plaintiffs-Appellants*,

*v.*

NAVY FEDERAL CREDIT UNION,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Eastern District of Virginia, No. 23-cv-1731
Before the Honorable Leonie M. Brinkema

## DEFENDANT-APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

DANIEL S. VOLCHOK
JOSEPH M. MEYER
LUCYANNA BURKE
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
daniel.volchok@wilmerhale.com

September 12, 2024

Pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 31(c), Navy Federal Credit Union requests a 30-day extension of the deadline to file its response brief, from October 10, 2024, to and including November 9, 2024. This is Navy Federal's first requested extension for its brief. Plaintiffs take no position on the requested extension.

The extension is not sought for delay but because of other professional and personal obligations that Navy Federal's appellate counsel have in the coming weeks. For example, Navy Federal's counsel have several other litigation deadlines in the weeks leading up to and immediately following the current deadline here. These include a trial brief in *Abhiraman v. State Board of Elections*, No. 24CV010786 (Ga. Super. Ct.), due September 25; an evidentiary hearing in the same case on October 1; a mediation brief in *Lech v. Von Goeler*, No. 3:17-cv-30024 (D. Mass.), due September 26; a mediation conference in the same case on October 3; a motion to dismiss in *Solar United Neighbors v. Salt River Project Agricultural Improvement and Power District*, No. 24-cv-02021-DJH (D. Ariz.), due October 11; and a response to a petition for a writ of certiorari in *Mahmoud v. Taylor*, No. 24A94 (U.S.), due October 14.

Moreover, Navy Federal's counsel are litigating several cases related to the upcoming November elections—including *Mi Familia Vota v. Fontes*, No. 24-3188 (9th Cir.); *Democratic National Committee v. Scanlan*, No. 2024-0247

(N.H.); *Genser v. Butler County Board of Elections*, No. 1074 CD 2024 (Pa. Commw. Ct.); and *Center for Coalfield Justice v. Washington County Board of Elections*, No. 2024-3953 (Pa. Ct. Common Pleas)—at least several of which counsel expect will require expedited briefing and/or oral argument during Navy Federal's current briefing period in this case.

Finally, one of Navy Federal's appellate counsel is on vacation for a week of Navy Federal's briefing period, for her wedding and honeymoon.

For these reasons, Navy Federal respectfully requests that the deadline to file its response brief in this appeal be extended by 30 days, to and including November 9, 2024.

Respectfully submitted,

/s/ Daniel S. Volchok
DANIEL S. VOLCHOK
JOSEPH M. MEYER
LUCYANNA BURKE
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
daniel.volchok@wilmerhale.com

September 12, 2024

## CERTIFICATE OF COMPLIANCE

According to the word-count feature of the word-processing program with which it was prepared, the foregoing motion contains 342 words, excluding the portions exempted by Rule 32(f).  The motion has been prepared in a proportionally spaced typeface using Microsoft Word for Office in 14-point Times New Roman font.

/s/ Daniel S. Volchok
DANIEL S. VOLCHOK

## CERTIFICATE OF SERVICE

On September 12, 2024, I electronically filed the foregoing using the Court's appellate CM/ECF system, which effected service on all counsel of record except Ben Crump.  Mr. Crump was served by U.S. mail at the following address:

Ben Crump
BEN CRUMP LAW PLLC
122 South Calhoun Street
Tallahassee, FL 32301

/s/ Daniel S. Volchok
DANIEL S. VOLCHOK